PROB 12C
(6/16)

Report Date: April 16, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2024

SEAN F. McAVOY, CLERK

Name of Offender: Juan Luis Barragan                Case Number: 0980 2:18CR00013-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 7, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | | |
| Original Sentence: | Prison - 95 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | November 22, 2023 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | November 21, 2028 |

### PETITIONING THE COURT

To issue a summons.

On November 22, 2023, a U.S. Probation Officer reviewed with Mr. Barragan all of his conditions of supervision. Mr. Barragan signed a copy of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Juan Luis Barragan is considered to be in violation of his term of supervised release by having used controlled substances, marijuana and cocaine, on or before April 16, 2024. |
| | On April 16, 2024, Mr. Barragan reported to the probation office as required. During this office contact, Mr. Barragan completed a drug test, which was presumptive positive for marijuana and cocaine. Mr. Barragan admitted to having used marijuana and cocaine on April 14, 2024. He signed a drug use admission form for these substance. The drug test was packaged and sent to Abbott Laboratory for confirmation. |

Prob12C
**Re: Barragan, Juan Luis**
**April 16, 2024**
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 16, 2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other



Signature of Judicial Officer

4/16/2024

Date