PROB 12C
(6/16)

Report Date: April 29, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Juan Luis Barragan | Case Number: 0980 2:18CR00013-MKD-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Pasco, Washington 99301 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 7, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | | |
| Original Sentence: | Prison - 95 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | November 22, 2023 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | November 21, 2028 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on April 16, 2024.

On November 22, 2023, a U.S. Probation Officer reviewed with Mr. Barragan all of his conditions of supervision. Mr. Barragan signed a copy of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Juan Luis Barragan is considered to be in violation of his term of supervised release by failing to report to Merit Resource Services (Merit) for a random urinalysis (UA) on April 25, 2024. |
| | On April 16, 2024, the substance abuse testing instructions were reviewed with Mr. Barragan. Mr. Barragan verbally acknowledged his understanding of the testing program, and was instructed to call the Merit colorline system for the color brown. When the color brown was called, Mr. Barragan was to report to Merit and submit to a drug screen. |

Prob12C
**Re: Barragan, Juan Luis**
**April 29, 2024**
Page 2

On April 29, 2024, this officer received notification from Merit that Mr. Barragan failed to submit a UA on April 25, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 29, 2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other
[X] incorporation with prior petitions; Defendant to appear before Judge assigned to case.

m.k.Dimke

Signature of Judicial Officer

5/6/2024

Date